### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUTHERN TRACK & PUMP, INC. a Florida Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>TEREX CORPORATION, d/b/a Terex Construction Americas,<br><br>                              Defendant. | Civil Action No: 1:08-cv-00543 |

### STIPULATION AND ORDER REGARDING EXTENSION OF TIME

Subject to the approval of the Court, Plaintiff Southern Track & Pump, Inc. ("Southern"), and Defendant Terex Corporation d/b/a Terex Construction Americas ("Terex"), by their undersigned attorneys, hereby stipulate and agree that Terex shall have until September 17, 2008, to respond in this action.

Southern filed a complaint in Delaware Superior Court on July 23, 2008.  (D.I. 1, Ex. 1). Terex filed a notice of removal to this Court on August 26, 2008.  (D.I. 1)  Under Federal Rules of Civil Procedure 81(c)(2)(C), Terex's response is due on September 3, 2008. Southern Track & Pump has agreed to extend this deadline two weeks to September 17, 2008.

WOMBLE CARLYLE SANDRIDGE
  & RICE, PLLC

Dated:  August 28, 2008                    */s/ Anna Martina Tyreus*
                                           Anna Martina Tyreus (DE # 4771)
                                           222 Delaware Avenue
                                           Suite 1501
                                           Wilmington, DE  19801
                                           (302) 252-4320
                                           Email:  MTyreus@wcsr.com

                                           *Attorney for Terex Corporation*

2

POTTER ANDERSON & CORROON, LLP


*/s/ Suzanne M. Hill.*
Peter J. Walsh, Jr. (2437)
Suzanne M. Hill (4414)
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
Email: shill@potteranderson.com

*Attorneys for Southern Track & Pump Inc.*




SO ORDERED this _____ day of _____, 2008.


_____
United States District Judge