**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SOUTHERN TRACK & PUMP, INC. a Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TEREX CORPORATION, d/b/a Terex Construction Americas, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 1:08-cv-00543 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeff C. Grotta and Cary E. Hiltgen to represent the Defendant, Terex Corporation d/b/a/ Terex Construction Americas in this matter.

Date: September 3, 2008
*/s/ Anna Martina Tyreus*
Anna Martina Tyreus (DE Bar ID 4771))
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801
(302) 252-4328 – tel.
(302) 661-7728 – fax

Attorney for Terex Corporation d/b/a Terex Construction Americas

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsels motion for admission *pro hat vice* is granted.

Date: _____               _____
                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, 1 certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Oklahoma and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 9-2-08

Signed: _____
Jeff C. Grotta
HILTGEN & BREWER, P.C.
One Benham Place, Suite 800
9400 North Broadway Extension
Oklahoma City, OK 73114
(405) 605-9000 – tel.
(405) 605-9010 – fax

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, 1 certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Oklahoma and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 9/2/08

Signed: Cary E. Hiltgen
Cary E. Hiltgen
HILTGEN & BREWER, P.C.
One Benham Place, Suite 800
9400 North Broadway Extension
Oklahoma City, OK 73114
(405) 605-9000 – tel.
(405) 605-9010 - fax

## CERTIFICATE OF SERVICE

       I hereby certify that on September 3, 2008, a copy of the above and foregoing document was mailed, postage prepaid, to:

Peter J. Walsh, Jr. and
Suzanne M. Hill
Potter, Anderson & Corroon, LLP
1313 North Market Street
Hercules Building, 6th Floor
Wilmington, DE  19899
(302) 984-6000
(302) 658-1192 (fax)

**Attorneys for the Plaintiff,
Southern Track & Pump, Inc.**

                                                         */s/  AnnaMartina Tyreus*
                                                         AnnaMartina Tyreus