# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUTHERN TRACK & PUMP, INC. a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEREX CORPORATION, d/b/a Terex Construction Americas,<br><br>Defendant. | Case No: 1:08-cv-00543 |

## NOTICE OF DEMAND FOR JURY TRIAL

Defendant Terex Corporation d/b/a Terex Construction Americas hereby gives notice to the Plaintiff in this action that Defendant is demanding a jury trial pursuant to Fed.R.Civ.P. 38(b), 81(c)(3) and D. Del. LR 38.1.

Respectfully Submitted,

September 3, 2008

/s/ AnnaMartina Tyreus
AnnaMartina Tyreus (DE Bar # 4771)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801
(302) 252-4328 – tel.
(302) 661-7728 – fax

And

Cary E. Hiltgen
Jeff C. Grotta
Hiltgen & Brewer, P.C.
One Benham Place, Suite 800
9400 North Broadway Extension
Oklahoma City, OK 73114
Tel: (405) 605-9000
Fax: (405) 605-9010

**Attorneys for Defendant – Terex Corporation d/b/a Terex Construction Americas.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2008, a copy of the above and foregoing Notice of Removal was mailed, postage prepaid, to:

Peter J. Walsh, Jr.
Suzanne M. Hill
Potter, Anderson & Corroon, LLP
1313 North Market Street
Hercules Building, 6th Floor
Wilmington, DE  19899
(302) 984-6000
(302) 658-1192 (fax)

**Attorneys for the Plaintiff,
Southern Track & Pump, Inc.**

                                                    */s/  AnnaMartina Tyreus*
                                                    AnnaMartina Tyreus